UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
:
FERNANDO LOPEZ, ADOLFO LOPEZ,            :
VENANCIO GALINDO, and GIL                :
SANTIAGO,                                :
:
Plaintiffs,            :      07 Civ. 6526 (SAS)
:
- against -                :      AFFIDAVIT OF SERVICE
:
FLOR DE MAYO, INC., PHILLIP CHU,         :
DENNIS CHU, and JOSE CHU,                :
:
Defendants.            :
:
------------------------------------------------- x

STATE OF NEW YORK   )
                    : ss
COUNTY OF NEW YORK  )

DONOVAN ANDERSON, being duly sworn, deposes and says:

That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on July 20, 2007 at approximately 5:00 P.M. at Flor de Mayo Restaurant located at 484 Amsterdam Avenue, New York NY 10024 I served the Summons, Complaint, Civil Cover Sheet, Individual Practices of Judge Shira A. Scheindlin, Individual Practices of Magistrate Judge Andrew J. Peck, Fernando Lopez's Consent to Sue, Adolfo Lopez's Consent to Sue, Venancio Galindo's Consent to Sue and Gil Santiago's Consent to Sue upon Flor de Mayo, Phillip Chu, Dennis Chu and Jose Chu by delivering a true copy of

each by hand to Dennis Chu, who identified himself to me to be the person named in the Summons and who also stated that he is authorized by Flor de Mayo, Phillip Chu and Jose Chu to accept service of said papers on their behalf; and that said individual was a white skin Asian Male, approximately 32 years of age, 5 feet 10 inches tall, approximately 165 lbs., with black hair.

_____
DONOVAN ANDERSON

Sworn to before me this
23 day of July, 2007

_____
Notary Public

MELISSA GANGADIN
Notary Public, State of New York
NO. 01GA6104437
Qualified in Queens County
Commission Expires Jan. 20, 2008

2