UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FERNANDO LOPEZ, ADOLFO LOPEZ, VENANCIO GALINDO, and GIL SANTIAGO,

                              Plaintiffs,

              - against -

FLOR DE MAYO, INC., PHILLIP CHU, DENNIS CHU, and JOSE CHU,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6526 (SAS)

<u>NOTICE OF APPEARANCE</u>

Electronically Filed

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         August 22, 2007

                                            DAVIS POLK & WARDWELL

                                   By:    s/ William R. Miller
                                            William R. Miller (WM-9975)
                                            450 Lexington Avenue
                                            New York, NY 10017
                                            (212) 450-4815
                                            william.miller@dpw.com
                                            *Attorney for Plaintiffs*

| | |
|---|---|
| Filename: | notice appearance miller (4).doc |
| Directory: | C:\Documents and Settings\tsaneva\Cache\tsaneva\OLK5AE |
| Template: | F:\apps\word2002\Templates\Litigation\litigation.dot |
| Title: | [COURT] |
| Subject: | |
| Author: | vcolopri |
| Keywords: | |
| Comments: | |
| Creation Date: | 8/20/2007 9:50:00 PM |
| Change Number: | 2 |
| Last Saved On: | 8/20/2007 9:50:00 PM |
| Last Saved By: | wmiller |
| Total Editing Time: | 4 Minutes |
| Last Printed On: | 8/22/2007 11:54:00 AM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 163 (approx.) |
|    Number of Characters: | 932 (approx.) |