UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

FERNANDO LOPEZ, ADOLFO LOPEZ, VENANCIO
GALINDO, and GIL SANTIAGO,

                 Plaintiffs,

    - against -

FLOR DE MAYO, INC., PHILLIP CHU, DENNIS CHU,
and JOSE CHU,

                 Defendants.

---------------------------------------------x

No. 07-CV-6526 (SAS)

<u>NOTICE OF APPEARANCE</u>

Electronically Filed

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 21, 2007

By: _____
David A. Colodny (DC-4234)
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038
(646) 602-5600
dcolodny@urbanjustice.org
*Attorney for Plaintiffs*