UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FERNANDO LOPEZ, ADOLFO LOPEZ,          :
VENANCIO GALINDO & GIL SANTIAGO,
                                       :

          Plaintiffs,

                                       :          07 Civ. 6526 (SAS) (AJP)

      -against-                        :          ORDER RESCHEDULING
                                                  SETTLEMENT CONFERENCE
FLOR DE MAYO, INC., PHILLIP CHU,       :
DENNIS CHU & JOSE CHU,                 :

          Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        The settlement conference originally scheduled for Novemer 8, 2007 is rescheduled to **November 19, 2007 at 10:00 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before November 12, 2007, counsel shall provide a confidential settlement memorandum to my chambers.

        SO ORDERED.

DATED:     New York, New York
           October 18, 2007

                                Andrew J. Peck
                            United States Magistrate Judge

Copies **by fax & ECF** to:   Jonathan L. Adler, Esq.
                          Robert V. Ferrari, Esq.
                          Judge Shira A. Scheindlin

C:\ORD\