# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017

212 450 4000
FAX 212 450

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

WILLIAM R. MILLER
212 450 4015
WILLIAM.MILLER@DPW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/07

November 2, 2007

Re:   Lopez, et al. v. Flor de Mayo, Inc., et al. (No. 07-CV-6526)

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
    for the Southern District of New York
500 Pearl St., Room 1370
New York, NY 10007

Dear Judge Peck:

    I am co-counsel for Plaintiffs in the matter referenced above. I write to notify the Court that Plaintiff Adolfo Lopez will be unable to attend the settlement conference for this matter on November 19, 2007 because he has left the country to attend to a family emergency. We are in the process of obtaining an affidavit from Mr. Lopez authorizing the other Plaintiffs to enter into any settlement agreements on his behalf. Defendants have consented to Mr. Lopez's absence at the settlement conference. We respectfully request the Court's permission to proceed with the settlement conference as scheduled despite Mr. Lopez's absence.

Respectfully yours,

William Miller

cc:   Robert Ferrari, Esq.

By Hand Delivery

**MEMO ENDORSED** 11/5/07

APPROVED (reluctantly).

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** November 5, 2007          **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| William R. Miller, Jr., Esq. | 212-450-3815 |
| Robert V. Ferrari, Esq. | 212-922-1939 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 11/5/07**

Approved (reluctantly).


Copy to:   Judge Shira A. Scheindlin