UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::::::::::::::
FERNANDO LOPEZ, ADOLFO LOPEZ, VENANCIO
GALINDO, and GIL SANTIAGO,

                          Plaintiffs,

               - against -

FLOR DE MAYO, INC., PHILLIP CHU, DENNIS CHU,
and JOSE CHU,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6526 (SAS) (AJP)

<u>NOTICE OF APPEARANCE</u>

Electronically Filed

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        November 9, 2007

                                      DAVIS POLK & WARDWELL

                            By:    <u>s/ Matteo J. Rosselli</u>
                                      Matteo J. Rosselli (MR-6422)
                                      450 Lexington Avenue
                                      New York, NY 10017
                                      (212) 450-4921
                                      matteo.rosselli@dpw.com
                                      *Attorney for Plaintiffs*