```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

Fernando Lopez, et al.,   Plaintiff(s),

    - against -

Flor de Mayo, Inc., et al. Defendant(s).
------------------------------------------------------------ x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 6526  (SAS)(AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s) M. Rosselli
Address Davis Polk & Wardwell
Telephone 450 Lexington Avenue
         New York, NY  10017
         212-450-4921

Attorney(s) for Defendant(s) R. Ferrari
Address 630 Third Avenue
Telephone New York, NY  10017
         212-972-7040

Attorney(s) for Plaintiff(s)
Address David A. Colodny
Telephone Urban Justice Center
         123 William Street, 16th Fl, NY NY  10038 646-459-3006

Attorney(s) for _____
Address _____
Telephone _____

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED:

_____ U.S.D.J.   11/29/07

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99