# DAVIS POLK & WARDWELL



450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

MATTEO J.
212 450
MATTEO.ROSSELLI@DPW.COM

MEMO ENDORSED

December 14, 2007

Re:     Fernando Lopez, et al. v. Flor de Mayo, Inc., et al. (No. 07-cv-6526)

Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

Dear Judge Peck:

My firm, along with the Urban Justice Center, represents Plaintiffs
Fernando Lopez, Adolfo Lopez, Venancio Galindo, and Gil Santiago (hereinafter
"Plaintiffs") in the above-referenced matter, which pursuant to 28 U.S.C. § 636(c)
has been assigned to Your Honor for all proceedings. Counsel and the parties to
this action appeared before Your Honor for a settlement conference on November
19, 2007, and pursuant to Judge Scheindlin's scheduling order, discovery is
currently set to close on January 31, 2008.

I am writing on behalf of both parties to respectfully request an extension
of the discovery deadline from January 31 to March 15, 2008. This is the first
extension sought. Counsel are currently in the process of exchanging documents
and have conferred regarding settlement as well as the legal issues raised at the
conference before Your Honor. The parties have agreed upon a deposition
schedule, albeit one that will take us through the second week of February. This
schedule was arrived at after accounting for the late start in document discovery,
delays in the exchange of interrogatories due to translation issues, holiday
observances, and defense counsel's trial schedule.

For these reasons, the parties respectfully request that the current
discovery deadline be extended until March 15, 2008, and that a status conference
be set for a time thereafter that is convenient to the Court.

Honorable Andrew J. Peck                2                December 14, 2007

Respectfully Submitted,

Matt Rosselli

cc (by facsimile):                Robert V. Ferrari, Esq.
                                  David Colodny, Esq., Urban Justice Center

<u>By Hand Delivery</u>

**MEMO ENDORSED** 4/17/07

1. [handwritten] to 3/14/08 GRANTED but no further extensions will be given — all PTO matters due 3/18.

2. [handwritten] Status conf. will be held — 1/7 at 2 PM.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

# FAX  TRANSMITTAL  SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y.  10007-1312

Fax No.:       (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:**   December 17, 2007                    **Total Number of Pages:**   3

| TO | FAX NUMBER |
|---|---|
| Matteo J. Rosselli, Esq. | 212-450-3800 |
| David A. Colodny, Esq. | 212-533-4598 |
| Robert V. Ferrari, Esq. | 212-922-1939 |

# TRANSCRIPTION:

**MEMO ENDORSED 12/17/07**

1.   Extension to 3/14/08 GRANTED but (a) no further extensions will be given and (b) PTO remains due 3/18.

2.   Status conf. will be held on 1/7 at 2 PM.