UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FERNANDO LOPEZ, ADOLFO LOPEZ, VENANCIO
GALINDO, and GIL SANTIAGO,

               Plaintiffs,

   -against-

FLOR DE MAYO, INC.; PHILLIP CHU;
DENNIS CHU and JOSE CHU,

               Defendants.

------------------------------------x

        450 Lexington Avenue
        New York, New York

        January 16, 2008
        10:00 a.m.


     DEPOSITION of DENNIS P. CHU, taken by the Plaintiffs pursuant to Notice, held at the aforementioned time and place, before Sherri Flagg, a Registered Professional Reporter and Notary Public.

        *   *   *

1                - D. CHU -

2 do, make sure every -- you know, tell me

3 what to do and I have to learn from him

4 and tell -- make sure every -- I guess

5 the whole business was operating right.

6     Q.   So he acted as the manager of

7 the restaurant during that time?

8     A.   Yes.

9     Q.   And did he share those

10 responsibilities with Jose?

11     A.   Jose has to listen to him.

12     Q.   Okay.  So he oversaw everybody

13 at 484 Amsterdam?

14     A.   Yes.

15     Q.   Did he serve the same function

16 at 2651 Broadway?

17     A.   When?

18     Q.   Say, three to five years ago.

19         MR. BYRNES:  I'm going to

20     object to the question and direct

21     the witness not to answer.  As far

22     as I can tell at this point, the

23     other restaurant which is owned by

24     another entity is not part of this

25     lawsuit.  And questions -- I don't

```
 1                - D. CHU -
 2    mind questions that deal with
 3    foundational issues but going to
 4    the practices and policies of that
 5    restaurant, I'm objecting on that
 6    grounds.
 7           MR. MILLER:  Well, as we made
 8    clear to you before, we are
 9    considering adding the other
10    restaurant and the other corporate
11    entity as a Defendant --
12           MR. BYRNES:  Understood.
13           MR. MILLER:  -- in this case.
14    And unless -- I believe under the
15    Federal Rules, the witness can only
16    be instructed not to answer unless
17    you're asserting a claim of
18    privilege or enforcing a protective
19    order.
20           MR. BYRNES:  Well, I'm taking a
21    position that to the extent that
22    there is no party, which is party
23    to this lawsuit, and questions are
24    being asked about that party, I'm
25    going to instruct the witness not
```

1          - D. CHU -
2     to answer.  You know, you have your
3     options, of course.  I'm not going
4     to tell you what to do.  But that's
5     what I'm doing.
6          MR. MILLER:  I mean, if that is
7     -- if that's the way that you wish
8     to proceed, that you don't want the
9     Defendant to answer these types of
10    questions, you know, we will be
11    forced to, you know, add the
12    corporate Defendant, the
13    corporation Cho Familia Dynastia,
14    as a Defendant and then, you know,
15    reopen discovery to explore these
16    issues rather than answer the
17    questions at this time.
18         MR. BYRNES:  You do have that
19    option, Counsel.
20         MR. MILLER:  Okay.
21 BY MR. MILLER (continuing):
22    Q.   What are the hours of operation
23 for 484 Amsterdam?
24    A.   12 to 12.
25    Q.   And is delivery available the