UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FERNANDO LOPEZ, et al.,                :

            Plaintiffs,                 :    07 Civ. 6526 (AJP)

         -against-                   :    ORDER SCHEDULING
                                                   STATUS CONFERENCE

FLOR DE MAYO, INC., et al.,            :

            Defendants.                 :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for February 8, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:     New York, New York
            February 1, 2008

                                                 Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECV** to:   Matteo J. Rosselli, Esq.
                                   David A. Colodny, Esq.
                                   Robert V. Ferrari, Esq.