COURTESY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

RECEIVED
FEB 01 2008
CHAMBERS OF
ANDREW J. PECK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FERNANDO LOPEZ, ADOLFO LOPEZ,
VENANCIO GALINDO and GIL SANTIAGO,

        Plaintiffs,

   - against -

FLOR DE MAYO, INC., PHILLIP CHU,
DENNIS CHU and JOSE CHU,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07 Civ. 6526 (AJP)

**NOTICE OF MOTION TO AMEND COMPLAINT**

   PLEASE TAKE NOTICE that upon the annexed declaration of Matteo J. Rosselli, dated February 1, 2008, and upon all other papers and proceedings heretofore had herein, Plaintiffs will move this Court, before the Honorable Andrew J. Peck, United States Magistrate Judge, for an order pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure granting Plaintiffs leave to file an amended complaint, and for such further relief as may be just and proper. The grounds for this motion are set forth in Plaintiffs' Memorandum of Law in Support of Their Motion to Amend the Complaint, dated February 1, 2008.

   PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's individual practices, papers in opposition to this motion must be served on or before February 15, 2008, and reply papers in support of this motion must be served on or before February 22, 2008.

**MEMO ENDORSED** 2/8/08

[Handwritten endorsement:] Based on the drawing of today's conference, the motion to amend is GRANTED. Amended complaint to be filed today as exhibit [?] to day's [?].

SO ORDERED:
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

Dated: New York, New York
February 1, 2008

                              DAVIS POLK & WARDWELL

                      By:   /s/ Matteo J. Rosselli

                              Matteo J. Rosselli (MR-6422)
                              Jonathan L. Adler (JA-7424)
                              William R. Miller (WM-9975)
                              450 Lexington Avenue
                              New York, NY 10017
                              (212) 450-4921

                              David A. Colodny (DC-4234)
                              URBAN JUSTICE CENTER
                              123 William Street, 16th Floor
                              New York, NY 10038
                              (646) 459-3006

                              *Attorneys for Plaintiffs*

To: Robert V. Ferrari, Esq.
630 Third Avenue, 16th Floor
New York, NY 10017
(212) 972-7040

2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: **February 8, 2008**          Total Number of Pages: **3**

| TO | FAX NUMBER |
| --- | --- |
| Matteo J. Rosselli, Esq. | 212-450-3921 |
| David A. Colodny, Esq. | 212-533-4598 |
| Robert V. Ferrari, Esq. | 212-922-1939 |

**MEMO ENDORSED 2/8/08**

Based on the discussion at today's conference, the motion to amend is GRANTED, and deemed filed (and served on existing defendants) as of today.