UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FERNANDO LOPEZ, ADOLFO LOPEZ,
VENANCIO GALINDO & GIL SANTIAGO,

          Plaintiffs,

          -against-

FLOR DE MAYO, INC., PHILLIP CHU, DENNIS
CHU & JOSE CHU,

          Defendants.

------------------------------------- x

07 Civ. 6526 (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

Trial (non-jury) will commence on April 8, 2008 at 9:30 a.m. and continue from day to day.

SO ORDERED.

Dated:    New York, New York
          February 8, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Matteo J. Rosselli, Esq.
                                David A. Colodny, Esq.
                                Robert V. Ferrari, Esq.

C:\OPIN\