UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FERNANDO LOPEZ, ADOLFO LOPEZ, VENANCIO GALINDO, and GIL SANTIAGO,

                      Plaintiffs,

            - against -

FLOR DE MAYO, INC., CHO FAMILIA DYNASTIA, INC., PHILLIP CHU, DENNIS CHU, and JOSE TSO,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6526 (AJP)

NOTICE OF APPEARANCE

Electronically Filed

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        March 6, 2008

                              DAVIS POLK & WARDWELL

                      By:    s/ Edward Sherwin
                          Edward Sherwin (ES-3072)
                          450 Lexington Avenue
                          New York, NY 10017
                          (212) 450-4501
                          edward.sherwin@dpw.com
                          *Attorney for Plaintiffs*