UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FERNANDO LOPEZ, ADOLFO LOPEZ, VENANCIO GALINDO, and GIL SANTIAGO,

                     Plaintiffs,

            - against -

FLOR DE MAYO, INC., CHO FAMILIA DYNASTIA, INC., PHILLIP CHU, DENNIS CHU, and JOSE TSO,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6526 (AJP)

NOTICE OF APPEARANCE

Electronically Filed

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         March 12, 2008

                                  DAVIS POLK & WARDWELL

                          By:    s/ Brian Weinstein
                                Brian Weinstein (BW-1547)
                                450 Lexington Avenue
                                New York, NY 10017
                                (212) 450-4972
                                brian.weinstein@dpw.com
                                *Attorney for Plaintiffs*