UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

FERNANDO LOPEZ, ADOLFO LOPEZ,
VENANCIO GALINDO & GIL SANTIAGO,

          Plaintiffs,

          -against-

FLOR DE MAYO, INC., PHILLIP CHU,
DENNIS CHU & JOSE CHU,

          Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/21/08

07 Civ. 6526 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on March 21, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction pursuant to the terms of the parties' settlement agreement. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
             March 21, 2008

                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:    William R. Miller, Jr., Esq.
                                  David A. Colodny, Esq.
                                  Robert V. Ferrari, Esq.

C:\ORD\DISMISS